FILED
2011 DEC -9 PM 3:57
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2011 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIN MATEIAS,<br><br>  Defendant. | CR No. 11 01174<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 1030(a)(5)(A),<br>(c)(4)(B)(i), (c)(4)(A)(i)(I):<br>Intentional Damage to a<br>Protected Computer] |

The Grand Jury charges:

[18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), (c)(4)(A)(i)(I)]

Beginning in or about February 2010, through in or about September 2010, in Orange County, within the Central District of California, and elsewhere, defendant CALIN MATEIAS knowingly caused the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage without authorization by impairing the integrity and availability of data, a program, a system, and information on a computer system that was used in and affected interstate and

foreign commerce and communications, specifically, the servers of Blizzard Entertainment's European World of Warcraft online role-playing game, thereby causing loss to Blizzard Entertainment, located in Irvine, California, aggregating at least $5,000 in value during the calendar year 2010.

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

[signature: R. E. Dugan]

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber & Intellectual Property Crimes Section

ERIC D. VANDEVELDE
Assistant United States Attorney
Deputy Chief, Cyber & Intellectual Property Crimes Section

TRACY L. WILKISON
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section