**JOB OFFER**

Dear Mr. Călin Mateiaș,

In consideration of art. 17(1) of Law 53/2003 – the Labor Code, we would like to inform you of the general provisions that will be incorporated in your individual employment contract.

**A. The parties**

The Employer – ISNA Entertainment Mamaia SRL, legal person, having its registered office in Bucharest, sector 1, 27-29 Grigore Gafencu st., 1st floor, room 1, registered with the Trade Register Office in Bucharest under no. J40/18054/2017, fiscal code 38400845, legally represented by Mr. Alexandru Ștefan Nanu, in his director capacity,

and

The Employee – Mr. Mateiaș Călin, domiciled in Bucharest, 8 Mașina de pâine st., OD36 bldg., 8th floor, flat 33, sector 2, ID series RD, ID number 755916, issued by SPCEP Sector on…

**B. Term of employment**

The employment of the employee Mateias Calin will commence on 02.04.2018 and will continue for an indefinite term.

**C. Place of employment**

Work will be performed at the company's registered office in…

**D. Job**

Waiter position/job, COR code 5132107, according to the Classification of Occupations in Romania.

**E. Job responsibilities**

Job responsibilities are specified in the job description, appended to the employment contract.

F1. Criteria for the employee's performance review

1. Knowledge of the work

2. Quality of work

3. Quantity of work

4. Trustworthiness

5. Amenability

6. Accountableness

*TRADUCĂTOR AUTORIZAT*
*Novosivschei Claudia Teodora*
*Engleza - Norvegiana*
*Autorizatia nr 13525*

7. Self-improvement capacity

8. Enterprise and creativity

9. Team spirit

10. Work discipline

**F. Working conditions**

1. Work will be performed in abidance with the provisions of Law 31/1191.

2. The work will be performed under normal conditions, as defined by Law 263/2010 on a single public pensions system, as subsequently amended and supplemented.

**G. Work schedule**

(…) ~~part-time~~/full time, with a work schedule of 8 hours/day, 40 hours/week.

a) Work schedule will be organized as follows: 8 hours/day, 5 consecutive days, from 13.00 to 22.00 hours.

b) Work schedule may be amended under the terms of the applicable internal regulation/collective bargaining agreement.

**H. Annual leave**

The duration of the annual leave is 21 working days.

In addition, the employee is entitled to leave on public holidays, in accordance with the legal provisions in place and to other time off in accordance with labor law and other applicable regulations.

~~Furthermore, the employee is entitled to an additional leave of…~~

**I. Compensation**

1. Gross base wage: 1 900.00 lei;

2. Other constituents:

a) bonuses;

b) allowances;

b¹) additional financial benefits;

b²) additional benefits in kind;

c) other extras.

TRADUCĂTOR AUTORIZAT
Novosivschei Claudia Teodora
Engleza - Norvegiana
Autorizația nr. 13525

3. Extra hours worked outside the regular work schedule or on non-working days or on public holidays are compensated with paid time off or are paid by means of a bonus to the wage, in accordance with the applicable collective bargaining agreement or Law 53/2003 – the Labor Code.

4. Payday is once a month, in the last working day of the month for the current month, and the payment is made on the employee's current bank account.

5. The employer is entitled to establish an uneven distribution of work hours.

6. The company may award bonuses or fees to the employee, as the case may be.

**J. Rights and duties of the parties in relation to health and safety at work**

a) personal protective equipment: the legal provisions on health and safety at work will be observed.

b) personal work equipment: the legal provisions on health and safety at work will be observed.

c) hygiene and sanitary materials: the legal provisions on health and safety at work will be observed.

d) protective food: the legal provisions on health and safety at work will be observed.

e) other rights and duties in relation to health and safety at work: the legal provisions on health and safety at work will be observed.

**K. Other clauses**

a) the duration of the probationary period is of 90 calendar days;

b) the notice period in case of termination by the employer is of 20 working days in accordance with Law 53/2003 – the Labor Code or with the Collective Bargaining Agreement;

c) the notice period in case of termination by the employee is of 20 working days in accordance with Law 53/2003, republished or with the Collective Bargaining Agreement;

d) if the employee is set to perform his work abroad, the information specified in art. 18 paragraph (1) of Law 53/2003 – the Labor Code will also be spelled out in the Individual Employment Contract;

e) the employee consents to the processing and storage in the Employer's data base of his personal data requested by the latter;

f) other clauses;


TRADUCĂTOR AUTORIZAT
Josuschei Claudia Teodora
Engleza - Norvegiana
Autorizatie nr' 13525

3

## CONFIDENTIALITY CLAUSE

1. "Professional secret" concerns any trade secret and any information belonging to the Employer, passed on to the Employee in writing, orally or by any other means, or that the Employee has become aware of from any other source, and that refers to:

a) projects and services rendered to clients, offers, methodologies, concepts, specifications used;

b) business, marketing, financial plans of the Employer as well as those of potential clients;

c) organization, qualification and compensation of the workforce;

d) the Employer's organizational, informational and management system;

e) information related to the identity of clients and suppliers as well as any other information referring to the Employer's technical data, know-how, financial and commercial data, irrespective of their labeling as confidential or proprietary to the Employer.

2. The Employee will use the information received only in the interest and for the purpose predetermined by the Employer.

3. The Employee is under the obligation of not disclosing the information to third parties, agents or suppliers, irrespective of the latter's need of knowing said information.

4. The Employee will demonstrate diligence in protecting the information received in any circumstance and must ensure professional secrecy to the extent to which any diligent person in similar circumstances would act in order to preserve the confidentiality of their own information.

5. The Employee undertakes not to disclose or use in its own interest or in the interest of another legal or natural person information concerning the Employer, in a way that would be prejudicial to the Employer.

6. If the Employee is, for competitive purposes, requested by third parties to disclose any type of information and however the said requests were made, in exchange for money or not, the Employee undertakes to immediately inform the Employer about these requests.

7. If the Employee is aware of non-authorized disclosure, loss or wrongful (abusive) use of confidential information, he will immediately notify the Employer.

8. The Employee acknowledges the Employer's exclusive ownership rights over all confidential information falling within the scope of "professional secret", as defined in the present contract.

TRADUCĂTOR AUTORIZAT
Novosivschei Claudia Teodora
Engleza - Norvegiana
Autorizatia nr 13525

9. Based on a request from the Employer or upon expiry or termination of the present employment contract, the Employee will immediately return all documents received, whatever their medium, including copies.

10. This provision does not relieve the Employee from the duty to observe the confidentiality, loyalty and non-compete clauses as stipulated in the present agreement.

11. Throughout the entire duration of the individual employment contract and after its cessation, the Employee undertakes not to communicate data or information that he has become aware of during the performance of the contract.

12. The Employee acknowledges the exceptional importance that the fulfillment of the obligations entailed by the confidentiality clauses has for the Employer and in consideration of this acknowledges that the violation of these clauses constitutes serious disciplinary misconduct that may be result in termination of the present contract by the Employer.

In accordance with article 26, paragraph 2 of the Labor Code, the Employer reserves its right to claim compensation for the damages that might result from the deliberate disclosure, negligence, loss or wrongful use of data and information that the Employee has become aware of in any way and that qualify as professional secret.

13. The parties agree on the following criteria for the determination of the damage resulting from a breach of confidentiality by the Employee:

a) in accordance with Law 53/2003 - the Labor Code, employees are held materially liable, pursuant to the rules and principles of civil contractual liability, for material damage caused to the Employer through their own fault and in relation to their work;

b) the amount of the material liability will be determined considering the extent to which the Employee has contributed to the damage caused; if this extent cannot be determined, the liability of the Employee will be established proportional to the net wage at the time when the damage was found.

**L. General rights and obligations of the parties**

1. The Employee has particularly the following rights:

a) the right to compensation for the work performed;

b) the right to daily and weekly rest;

c) the right to annual leave;

d) the right to equality of opportunity and treatment;

e) the right to health and safety at work;

f) the right of access to professional training.

Novosivschei Claudia Teodor
Engleza - Norvegiana
Autorizatia nr 13525

5

2. The Employee has particularly the following obligations:

a) the duty to perform the work according to the work schedule specified and, as the case may be, to fulfill the responsibilities deriving from the job description, the company's internal rules or any other documents agreed upon;

b) the duty to observe discipline in the workplace;

c) a duty of loyalty to the employer when performing his professional responsibilities;

d) the duty to observe health and safety measures in the workplace;

e) the duty to observe professional secrecy;

f) the duty to keep the workplace, lockers and toilets clean;

g) the duty to take in and observe the procedures laid down;

h) the duty to use the facilities and technical equipment (TE) provided in accordance with the manufacturer's recommendations and the instructions received; in case of destruction, damage or loss of the TE registered in the inventory, the Employee will bear their full cost.

i) the duty to attend external or internal vocational trainings arranged by the employer.

3. The Employer has particularly the following rights:

a) to give compulsory instructions to the Employee, provided that said instructions are lawful;

b) to exert control over the performance of job responsibilities;

c) to determine disciplinary misconduct and apply appropriate sanctions, pursuant to the law;

d) to set individual performance objectives for the Employee;

4. The Employer has particularly the following obligations:

a) to hand out a copy of the individual employment contract to the employee, prior to the commencement of the work

a1) to grant the Employee all the rights resulting from the individual employment contracts, from the collective bargaining agreement and the law;

b) to permanently ensure the technical and organizational conditions underpinning the labor standards and appropriate working conditions;

c) to inform the employee on the working conditions and issues related to work relations;

d) to issue, upon the employee's request, a document attesting his employment and job status, length of the employment, wage, and work, occupation and specialty seniority.

e) to ensure the confidentiality of the employee's personal data.

AUTORIZAT
Claudia Teodora
Engleza - Norvegiana
Autorizatia nr. 13525

## M. Professional training

Should the employee be sent at the Employer's initiative and expense to vocational trainings or continuing education courses (including those funded by grants or internship or vocational trainings organized abroad), he undertakes to attend the courses regularly, to take in the knowledge passed on to him in order to use it in his work for the employer.

If for reasons not attributable to him, the employee is unable to attend or to complete the training, he undertakes to immediately repay the expenses incurred by the Company for the purpose of the said training (tuition fee, accommodation, meals, as the case may be).

Riders to the employment agreement will be made to cover the activities related to vocational training.

## N. Final provisions

The clauses of the present work agreement are supplemented with the provisions of Law 53/2003 – the Labor Code and of the applicable Collective Bargaining Agreement concluded by the employer/group of employers/branch/nation-wide, registered under n°.............../........with the Territorial Labor Inspection services in the county/city of............./Ministry of Labor and Social Solidarity.

Any amendment of the contractual clauses during the performance of the individual employment agreement requires an addendum to the contract, pursuant to the law, except for the cases where such an amendment is expressly provided for in the law.

The present individual employment agreement was executed in two copies, one for each party.

P. Disputes in relation to the execution, performance, amendment, suspension or termination of the individual employment agreement will be settled by the court holding material competence and territorial jurisdiction, in accordance with the law.

**EMPLOYER**                                                                 **EMPLOYEE**

**ISNA ENTERTAINMENT MAMAIA SRL**                              DATE

Legal representative,

[translator's note – signature of the legal representative and stamp of the company]

**I have received an original copy today…**

**Signature…**

TOR AUTORIZAT
vosivschei Claudia Teodora
Engleza - Norvegiana
nr 13525

| | |
|---|---|
| Subsemnata, **Claudia Teodora Novosivschei**, interpretă și traducătoare autorizată pentru limba engleză, în temeiul autorizației 13525/2005, eliberată de Ministerul Justiției certific exactitatea traducerii efectuate din limba română în limba engleză că textul prezentat a fost tradus complet, fără omisiuni, și că prin traducere, înscrisului nu i-au fost denaturate conținutul și sensul. Înscrisul a cărui traducere se solicită în întregime are în integralitatea sa, un număr de 5.....pagini, poartă denumirea de „**Ofertă de angajare**" și mi-a fost prezentat mie în întregime.<br><br>Interpretă și traducătoare autorizată<br><br>**Claudia Teodora Novosivschei**<br><br>...ATOR AUTORIZAT<br>...osivschei Claudia Teodora<br>Engleza - Norvegiana<br>Autorizația nr. 13525<br><br>*[signature]* | I, the undersigned, **Claudia Teodora Novosivschei**, sworn interpreter and translator for the English language based on the authorization no. 13525/2005 issued by the Ministry of Justice, hereby certify the accuracy of the translation from Romanian into English and that the text was translated completely, without omissions and that the content and the meaning of the original text has not been distorted. The document presented for translation totals 5.....pages, is entitled **"Job Offer"** and was presented to me completely.<br><br>Sworn interpreter and translator<br><br>**Claudia Teodora Novosivschei**<br><br>TRADUCĂTOR AUTORIZAT<br>Novosivschei Claudia Teodora<br>Engleza - Norvegiana<br>Autorizația nr. 13525<br><br>*[signature]* |