EFREM M. GRAIL (Bar. No. 124668)
The Grail Law Firm
(E-mail: egrail@graillaw.com)
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA  15219
Telephone:      412/227-2969
Facsimile:      856/210-7354

Attorney for Defendant:
CALIN MATEIAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-01174-ODW |
| Plaintiff, | **DEFENDANT'S NOTICE OF PAYMENT OF RESTITUTION IN ADVANCE OF SENTENCING HEARING** |
| vs. | |
| CALIN MATEIAS, | Sentencing Date:   May 7, 2018 |
| Defendant. | Hearing Time:     10:00 a.m. |
| | Location:    Courtroom of the Hon. Otis D. Wright, II |

**PLEASE TAKE NOTICE** that on this date, Defendant **CALIN MATEIAS**, through counsel, did submit full **RESTITUTION** in the amount of **$29,987.00**, pursuant to 18 U.S.C. Sec. 3663A, and as referenced in the Plea Agreement in this matter, Dkt. No. 22, at Pars. 7 & 11, and in the Presentence Investigation Report, Dkt. No. 26, at Par. 78,

//

//

//

---

**DEFENDANT'S NOTICE OF PAYMENT OF
RESTITUTION IN ADVANCE OF SENTENCING HEARING**

1

in advance of the Sentencing Hearing, by way of Official Cashier's Check made payable to the Clerk of this Court, submitted by Overnight Courier, to be held in escrow pending the entry of an appropriate Restitution Order by this Court.

Respectfully submitted this 30th day of April, 2018,

/s/  Efrem M. Grail

EFREM M. GRAIL
The Grail Law Firm
(E-mail: egrail@graillaw.com)
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA  15219
Telephone:	412/227-2969
Facsimile:	856/210-7354

Attorney for Defendant:
CALIN MATEIAS

---

**DEFENDANT'S NOTICE OF PAYMENT OF
RESTITUTION IN ADVANCE OF SENTENCING HEARING**